THE CITY OF NEW YORK, Appellant, v. BROOKLYN ALCATRAZ ASPHALT COMPANY and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Present — Finch, P. J.,

McAvoy, Martin, O'Malley and Townley, JJ.; McAvoy and O'Malley, JJ., dissent and vote for affirmance.

CITY TRUST COMPANY, Appellant, v. VULCANO RESTAURANT Co., INC., and Others, Defendants, Impleaded with SALVATORE A. FARENGA, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.